IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-03006-REB-BNB | Date: September 19, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| NANCY E. SUNDQUIST, | Hannah Ross |
| | Mark Berumen |
| Plaintiff(s), | |
| v. | |
| D.R. HORTON, INC., | Juli Lapin |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   10:29 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's motion to modify [Dkt. 11] scheduling order pursuant to Rule 16(b)(4) and D.C.COLO.LCivR 16.1 [Doc.21; filed 8/23/11] is granted as stated on the record. The discovery cut-off deadline is extended to October 24, 2011.

**ORDERED:** Plaintiff's motion for sanctions pursuant to F.R.Civ.P.Rule 26(g)(3) and F.R. Civ.P.Rule 37(c)(1) is denied for reasons stated on the record.

Court in Recess:   11:23 a.m.   Hearing concluded.   Total time in Court: 00:54

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.