IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03006-REB-BNB

NANCY E. SUNDQUIST,

Plaintiff,

v.

D.R. HORTON, INC., a Colorado corporation,

Defendant.

---

# ORDER

---

This matter arises on the following:

(1) **Plaintiff's Motion to Modify Scheduling Order Pursuant to Rule 16(b)(4) and D.C.COLO.LCivR 16.1** [Doc. # 21, filed 8/23/2011] (the "Motion for Extension"); and

(2) **Plaintiff's Motion for Sanctions Pursuant to F.R.Civ. P. Rule 26(g)(3) and F.R.Civ. P. Rule 37(c)(1)** [Doc. # 24, filed 8/30/2011] (the "Motion for Sanctions").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion for Extension [Doc. # 21] is GRANTED, and the case schedule is modified to the following extent:

      Discovery Cut-Off:      October 24, 2011

      (All written discovery must be served so that responses are due on
      or before the discovery cut-off. All depositions must be completed
      by the discovery cut-off).

(2)     The Motion for Sanctions [Doc. # 24] is DENIED.

Dated September 19, 2011.

               BY THE COURT:

               <u>  s/ Boyd N. Boland                        </u>
               United States Magistrate Judge